PROB 12C
(6/16)

Report Date: January 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin John Audett    Case Number: 0980 2:22CR00012-TOR-1

Address of Offender:    Medical Lake, Washington 99022

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Supervising  Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 8, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Sale or Receipt of Stolen Vehicles, 18 U.S.C. §§ 2313 and 2 | | |
| Original Sentence: | Probation - 36 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | December 8, 2021 |
| Defense Attorney: | Federal Public Defenders Office | Date Supervision Expires: | December 7, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 2 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1 and standard condition number 10, by possessing ammunition on or about January 19, 2022.

On December 15, 2021, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was advised by his supervising officer that he must not commit another federal, state or local crime. Additionally, he was informed that he must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon.

According to incident report number 2022-20009619, on January 19, 2022, at approximately 6:09 a.m., the Spokane Police Department was notified of a hit and run incident that occurred at North Addison Street and Francis Avenue in Spokane, Washington. Upon arrival at the scene, officers observed that a chain fence belonging to a business had been heavily damaged. After a further examination of the scene, officers determined the suspect vehicle had been traveling southbound on Addison Street and then crossed over the northbound lanes where it proceeded to jump the curb and stuck a fire hydrant, breaking it off its base. The vehicle appeared to have continued to travel in a southern direction where it struck a green utility box before stopping after it struck the fence. Several pieces of the vehicle were scattered around the scene.

The officers contacted two witnesses who described the vehicle and driver. A short time later, the suspect and vehicle were located and Mr. Audett was identified as the driver. He was cooperative with officers and stated he had fallen asleep while driving. He advised that he panicked when he saw the damage to his vehicle and fled the scene. During their interaction with Mr. Audett, one of the officers observed several boxes of Winchester ammunition in plain view within the vehicle, as well as a portion of what he believed to be an AR rifle sticking out of a backpack.

When questioned regarding the belongings in his vehicle, Mr. Audett admitted to having boxes of ammunition in his vehicle, which he stated he had recovered from a job site a few days prior. He further indicated he was aware he could not possess ammunition due to his status as a felon. With regard to the suspected firearm, Mr. Audett stated that it was a BB gun. Subsequently, the offender's vehicle was seized for further investigation.

On January 20, 2022, a search warrant was executed on the offender's vehicle. Inside the vehicle, officers located three boxes of ammunition containing 115 40 caliber bullets. The bullets were seized and booked as evidence. They also located the suspected firearm, which was determined to be a short-barreled BB air rifle with a magazine.

3   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence:** The offender is alleged to have committed the offense of hit and run unattended complicity, on or about January 19, 2022.

On December 15, 2021, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was advised by his supervising officer that he must not commit another federal, state or local crime.

As previously noted, Mr. Audett was contacted by the Spokane Police Department on January 19, 2022, after he was identified as the driver in a hit and run incident. On this same date, he was issued a citation for hit and run unattended complicity, in which he was ordered to appear for an arraignment in Spokane Municipal Court on February 2, 2022, in case number 2A0123594.

4   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

Prob12C
Re: Audett, Kevin John
January 26, 2022
Page 3

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by ingesting illegal controlled substances, methamphetamine and amphetamine, on or about January 20, 2022.

On December 15, 2021, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must abstain from any unlawful use of controlled substances.

On January 20, 2022, Mr. Audett submitted a urine specimen at Pioneer Human Services (PHS) that returned positive for methamphetamine and amphetamine. At that time, he signed a denial form indicating he had not used said substances.

On January 21, 2022, Mr. Audett reported to the U.S. Probation Office for a scheduled appointment. During that meeting, he admitted to the undersigned that he ingested the aforementioned substances.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 26, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

January 26, 2022
Date