FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN JOHN AUDETT,<br><br>    Defendant. | No. 2:22-CR-00012-TOR<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 27, 28** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 27) and related Motion to Expediate (ECF No. 28). Defendant requests that the Court terminate Special Condition No. 12, which requires Defendant to wear a GPS location monitoring device; Special Condition No. 13, which imposes a curfew on Defendant; and Special Condition No. 17, which imposes a condition of home confinement. In support of these requests, Defendant states he has fully complied with the terms of his release, is employed, and is engaging in substance abuse treatment weekly. Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion.

ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND
MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 28**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 27**) is **GRANTED**.

3. Special Condition No. 12 (**ECF No. 23**) shall be **TERMINATED.**

4. Special Condition No. 13 (**ECF No. 23**) shall be **TERMINATED**.

5. Special Condition No. 17 **(ECF No. 23**) shall be **TERMINATED.**

6. All other conditions of release shall remain in effect.

DATED April 6, 2022.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE